IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEMETRIUS CONELIUS O'NEAL
    #1035-171,
    Petitioner,

vs.                                    5:06cv207/RS/MD

WARDEN--FCI MARIANNA,
    Respondent.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. This case was transferred here from the District of South Carolina on October 5, 2006. On October 18, the court entered an order directing the petitioner to file an amended petition with three service copies and attachments, and to pay the $5.00 filing fee within thirty days. Plaintiff failed to respond, and on November 30, 2006, the court entered an order directing the plaintiff to show cause why this case should not be dismissed due to his failure to prosecute or to comply with an order of the court. Plaintiff has failed to respond, and in fact has filed nothing with this court since his case was transferred here.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

    At Pensacola, Florida, this 22nd day of December, 2006.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).