**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DEMETRIUS CONELIUS O'NEAL,

      Petitioner,

vs.                                CASE NO. 5:06cv207/RS

WARDEN-FCI MARIANNA,

      Respondent.

_____/

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 5).

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This action is dismissed without prejudice for petitioner's failure to comply with an order of this court and for failure to prosecute.

3.     The clerk is directed to close the file.

ORDERED on January 22, 2007.

/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**